**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6918

RAYVERN EARL GREEN, formerly inmate 340900,

  Plaintiff - Appellant,

v.

WARDEN M. MCCALL,

  Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  J. Michelle Childs, District Judge.  (6:13-cv-00503-JMC)

Submitted:  July 25, 2013          Decided:  July 30, 2013

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Rayvern Earl Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rayvern Earl Green seeks to appeal the district court's order dismissing his complaint without prejudice for failing to comply with orders of the court and failing to prosecute. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Green seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Green may be able to reopen his case by filing a motion in the district court and complying with the court's order. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED